.. 

Karl Baker, Ellen T. Greenlee, Owen W. Larrabee, James Aaron Streifer Temple, Stephen J. Fleury, Jr., Defender Association of Philadelphia, Philadelphia, for Joshua Jean.

## ORDER

PER CURIAM.

**AND NOW,** this 31st day of August, 2015, the Order of the Court of Common Pleas is **AFFIRMED** in part as to the Commonwealth's appeal at 37 EAP 2014, *see Commonwealth v. Hopkins*, 632 Pa. 36, 117 A.3d 247 (2015), and the case is **REMANDED** to the Superior Court for consideration of Joshua Jean's appeal at 38 EAP 2014. This Court's Order of January 12, 2015, which held Jean's appeal in abeyance pending disposition of the Commonwealth's appeal, is **VACATED.**

122 A.3d 365

**COMMONWEALTH of Pennsylvania, Appellant**

v.

**Walter KIRKLAND, Appellee.**

Supreme Court of Pennsylvania.

Aug. 31, 2015.

Hugh J. Burns, Philadelphia, for Commonwealth of Pennsylvania.

Robert Patrick Link, LinkLaw, LLC, Philadelphia, for Walter Kirkland.

636

### *ORDER*

PER CURIAM.

**AND NOW,** this 31st day of August, 2015, the Order of the Court of Common Pleas is hereby **AFFIRMED.** *See Commonwealth v. Hopkins,* 632 Pa. 36, 117 A.3d 247 (2015).

---

122 A.3d 366

**COMMONWEALTH of Pennsylvania, Appellant**

v.

**Taufeeq ZIYAD, Appellee.**

Supreme Court of Pennsylvania.

Aug. 31, 2015.

Hugh J. Burns, Philadelphia, for Commonwealth of Pennsylvania.

Liam Joseph Riley, Karl Baker, Defender Association of Philadelphia, Philadelphia, for Taufeeq Ziyad.

### *ORDER*

PER CURIAM.

**AND NOW,** this 31st day of August, 2015, the Order of the Court of Common Pleas is hereby **AFFIRMED.** *See Commonwealth v. Hopkins,* 632 Pa. 36, 117 A.3d 247 (2015).